UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| WALTER R. JOHNSON, | ) | No. CV 10-2062-DDP (AGR) |
|     Petitioner, | ) | |
| | ) | **JUDGMENT** |
|   v. | ) | |
| JOHN MARSHALL, Warden, | ) | |
|     Respondent. | ) | |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed.

DATED: May 11, 2012

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE